JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 100
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-09-21802-MKN |
| | ) CHAPTER 13 |
| MARIA JOSEPHINA DEARCOS | ) |
| | ) **NOTICE OF VOLUNTARY CONVERSION** |
| Debtor(s) | ) **OF DEBTOR'S CASE FROM CHAPTER 13** |
| | ) **TO CHAPTER 7** |
| | ) |
| | ) DATE: n/a |
| | ) TIME: n/a/ |
| | ) ESTIMATED TIME FOR HEARING: n/a |

TO:   ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that pursuant to 11 USC 1307(a), the Debtor, Maria Josephina de Arcos, has elected to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code and authorized the Trustee, Kathleen Leavitt, to be reimbursed expenses in the amount of $300.00 pursuant to 11 U.S.C.§ 503(b).

Dated: February 11, 2010

/s/Jorge L. Sanchez, Esq.
JORGE L. SANCHEZ, ESQ.
Attorney for Debtor

JORGE L. SANCHEZ, ESQ.
Nevada Bar No. 10434
SANCHEZ LAW GROUP, LTD.
900 South Fourth Street, Suite 100
Las Vegas, Nevada 89101
Phone (702) 635-8529
Fax (702) 537-2800
E-mail jsanchez@sanchezlawgroup.net
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARIA JOSEPHINA DEARCOS<br><br>    Debtor(s) | BK-09-21802-MKN<br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF VOLUNTARY CONVERSION OF DEBTOR'S CASE FROM CHAPTER 13 TO CHAPTER 7**<br><br>DATE: n/a<br>TIME: n/a/<br>ESTIMATED TIME FOR HEARING: n/a |

1. On February 11, 2010, I served the following document(s):

**Notice of Voluntary Conversion of Debtor's Case from Chapter 13 to Chapter 7**

2. I served the above-named document(s) by the following means to the persons as listed below:

    a.    ECF System

Kathleen Leavitt, Chapter 13 Trustee

    b.    First Class Mail, postage fully prepaid, addressed as follows:

See Attached Mailing Matrix

    c.    Personal Service

I personally delivered the document(s) to the persons at these addresses:

    d.    By direct email

1  Based upon the written agreement of the parties to accept service by email or a court
2  order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did
3  not receive, within a reasonable time after the transmission, any electronic message or other
4  indication that the transmission was unsuccessful.

5  e.  By fax transmission

6  Based upon written agreement of parties to accept service by fax transmission or a court
7  order, I faxed the document(s) to the persons at the fax numbers listed below. No error was
8  reported by the fax machine that I used. A copy of the fax transmission is attached.

9  f.  By messenger

10 I declare under penalty of perjury that the foregoing is true and correct.

11 Dated: February 11, 2010

12 /s/Brandy Goodwin/s/

13 An employee of Sanchez Law Group

```
Label Matrix for local noticing        BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWI    United States Bankruptcy Court
0978-2                                 MILES, BAUER, BERGSTROM & WINTERS               300 Las Vegas Blvd., South
Case 09-21802-mkn                      2200 PASEO VERDE PARKWAY, STE 250               Las Vegas, NV 89101-5833
District of Nevada                     HENDERSON, NV 89052-2704
Las Vegas
Thu Feb 11 15:46:10 PST 2010

BAC HOME LOANS SERVICING, L.P. FKA     Bac Home Lns Lp/Ctrywd                          Chase
COUNTRYWIDE HOME LOANS SERVICING, L.P. Acct No 116165504                               Acct No 441712304368
P.O. BOX 10219                         450 American St                                 Po Box 15298
VAN NUYS, CA  91410-0219               Simi Valley, CA 93065-6285                      Wilmington, DE 19850-5298


Citi                                   ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHA    Gemb/Jcp
Acct No 542418083173                   BANK USA NA                                     Acct No -336308
Po Box 6241                            POB 35480                                       Po Box 981402
Sioux Falls, SD 57117-6241             NEWARK NJ 07193-0001                            El Paso, TX 79998-1402


Gmac Mortgage                          PRA Receivables Management, LLC                 JORGE L. SANCHEZ
Acct No 307657938                      As Agent Of Portfolio Recovery Assocs.          SANCHEZ LAW GROUP
Po Box 4622                            PO Box 12914                                    900 S. FOURTH ST., STE 100
Waterloo, IA 50704-4622                NORFOLK VA 23541-0914                           LAS VEGAS, NV 89101-6805


KATHLEEN A. LEAVITT                    MARIA JOSEFINA DEARCOS                          End of Label Matrix
201 LAS VEGAS BLVD., SO. #200          852 SHRUBBERY LANE                              Mailable recipients    13
LAS VEGAS, NV 89101-5727               LAS VEGAS, NV 89110-2137                        Bypassed recipients     0
                                                                                       Total                  13
```